IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                         No. 14-cv-0481 MV/SMV  
                                                                                                  07-cr-2251 MV

EVELYNE JAMES,

    Defendant.

## ORDER TO ANSWER

    THIS MATTER is before the Court, sua sponte under Rule 4(b) of the Rules Governing Section 2255 Cases, on Defendant's motion to vacate, set aside, or correct sentence [CV Doc. 1; CR Doc. 98]. The Court will direct the United States to answer Defendant's motion.

    **IT IS HEREBY ORDERED** that the Clerk is directed to forward to the United States of America a copy of Defendant's motion to vacate, set aside or correct sentence and supporting papers and exhibits, if any, together with a copy of this Order;

    **IT IS FURTHER ORDERED** that, within **twenty-three days** of entry of this Order, the United States answer Defendant's motion to vacate, set aside or correct sentence.

    **IT IS SO ORDERED.**

_____  
**STEPHAN M. VIDMAR**  
**United States Magistrate Judge**