IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                No. 14-cv-0481 MV/SMV
                                                  07-cr-2251 MV

EVELYNE JAMES,

    Defendant.

## ORDER EXTENDING TIME TO FILE ANSWER

    THIS MATTER having come before the Court on the United States' Motion for an Extension of Time to File Response . . . [CV Doc. 3; CR Doc. 100], the Court being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted.

    **IT IS THEREFORE ORDERED** that the United States' Motion for Extension of Time to File Response to Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [CV Doc. 3; CR Doc. 100] is hereby **GRANTED**. The United States shall respond no later than August 22, 2014.

    **IT IS SO ORDERED.**

                                                           _____
                                                            **STEPHAN M. VIDMAR**
                                                             **United States Magistrate Judge**